In the Matter of Proving the Last Will and Testament of CHARLES S. BONANNO, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JAMES H. CAAN v. JOSEPH STEIR and Another.— Motion for a reargument or for a resettlement of order entered June 29, 1934, denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. C. W. RYAN CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HAMBURG ASSURANCE COMPANY v. INTERNATIONAL INSURANCE COMPANY OF NEW YORK and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Estate Tax upon the Estate of JAMES A. TROWBRIDGE, Deceased. THE STATE OF CONNECTICUT. THE STATE TAX COMMISSION OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANTOINETTE BIBBO, as Administratrix, etc., of ALFRED A. BIBBO, Deceased, v. THE PENN MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of the THIRD AVENUE RAILWAY COMPANY for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others, Constituting the Transit Commission of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of YOUNG WOMEN'S HEBREW ASSOCIATION and Others for a Certiorari Order against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others. GELKOM REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

EMIL BORDEN v. FRED T. LEY & COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted in so far as to stay all proceedings under said judgment pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.